IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE DISPLAY TECHNOLOGIES LLC, | ) ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff,* | Civil Action No. 2:16-cv-932-JRG |
| v. | |
| LG DISPLAY CO., LTD., ET AL., | |
| *Defendants.* | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Joint Motion to Dismiss (Dkt. No. 66) filed by Plaintiff Innovative Display Technologies LLC ("Plaintiff") and Defendants Defendants LG Display Co., Ltd., LG Display America, Inc., LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics Mobilecomm U.S.A., Inc., and LG Electronics Alabama Inc. (collectively, "LG"); VIZIO, Inc.; and ASUSTeK Computer Inc., and ASUS Computer International (collectively, "ASUS") (LG, VIZIO, and ASUS referred to collectively as "Defendants"). Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** Plaintiff's claims against Defendants for patent infringement and Defendants' claims, counterclaims, and defenses are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses, and attorney fees incurred in this action only, with respect to all claims solely between them.

All pending motions not previously addressed by the Court are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** the above referenced case.

So ORDERED and SIGNED this 13th day of April, 2017.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE